Case No. 25-11185

# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

In the Matter of Highland Capital Management, L.P.,
Debtor.

**NEXPOINT REAL ESTATE PARTNERS, L.L.C.,**

Appellant,

v.

**HIGHLAND CAPITAL MANAGEMENT, L.P.,**

Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Civ. Act. No. 3:24-CV-01479-S

## CREDITOR DISCLOSURE STATEMENT

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
John A. Morris
Gregory V. Demo
Hayley R. Winograd
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
(310) 277-6910

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
(972) 755-7100

*Counsel for Appellee Highland Capital Management, L.P.*

4909-3521-9574.1 36027.003

# BANKRUPTCY CREDITOR DISCLOSURE STATEMENT

Appellee submits the following information:

1. **The Debtor:**

   Highland Capital Management, L.P.

2. **The members of the creditors' committee:**

   N/A (Committee dissolved as of Effective Date of Plan)

3. **Any entity that is an active participant in the proceeding before the Fifth Circuit:**

   Appellant NexPoint Real Estate Partners, LLC

   Appellee Highland Capital Management, L.P.

4. **Any other entity known to the Declarant whose stock or equity value could be substantially affected by the outcome of the proceeding:** None

5. **Counsel to the parties/entities identified in (1) – (4):**

   **Appellant:**

   **NexPoint Real Estate Partners, LLC**

   Amy L. Ruhland
   Texas Bar No. 24043561
   Ryan J. Sullivan
   Texas Bar No. 24102548
   PILLSBURY WINTHROP SHAW PITTMAN LLP
   401 W. 4th Street, Suite 3200
   Austin, TX 78701

Charles W. Gameros, Jr.
Texas Bar No. 00796956
HOGE & GAMEROS, L.L.P.
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206

**Appellee:**

**Highland Capital Management, L.P.**

Counsel for Appellees:
PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

John A. Morris
Gregory V. Demo
Hayley R. Winograd
1700 Broadway, 36th Floor
New York NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100

| | |
|---|---|
| Dated: November 7, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Jeffrey N. Pomerantz (CA Bar No.143717)<br>John A. Morris (NY Bar No. 2405397)<br>Gregory V. Demo (NY Bar No. 5371992)<br>Hayley R. Winograd (NY Bar No. 5612569)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail:   jpomerantz@pszjlaw.com<br>            jmorris@pszjlaw.com<br>            gdemo@pszjlaw.com<br>            hwinograd@pszjlaw.com<br><br>-and-<br><br>**HAYWARD PLLC**<br><br> */s/ Zachery Z. Annable*<br>Melissa S. Hayward<br>Texas Bar No. 24044908<br>MHayward@HaywardFirm.com<br>Zachery Z. Annable<br>Texas Bar No. 24053075<br>ZAnnable@HaywardFirm.com<br>10501 N. Central Expy, Ste. 106<br>Dallas, Texas 75231<br>Tel: (972) 755-7100<br>Fax: (972) 755-7110<br><br>*Counsel for Appellee Highland Capital Management, L.P.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, the foregoing document was electronically filed using the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

*/s/ Zachery Z. Annable*
Zachery Z. Annable
