No. 25-11185

# United States Court of Appeals for the Fifth Circuit

IN RE HIGHLAND CAPITAL MANAGEMENT, L.P., *Debtor*,

NEXPOINT REAL ESTATE PARTNERS, LLC (F/K/A HCRE PARTNERS, LLC)
*Appellant*,

v.

HIGHLAND CAPITAL MANAGEMENT, L.P.,
*Appellee*.

On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
Case No. 3:24-cv-01479-S

**BANKRUPTCY CREDITOR DISCLOSURE STATEMENT
BY APPELLANT, NEXPOINT REAL ESTATE PARTNERS, LLC**

Amy L. Ruhland
PILLSBURY WINTHROP SHAW
PITTMAN LLP
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com
401 W 4th Street, Suite 3200
Austin, Texas 78701
Tel.: (512) 580-9600

Charles W. Gameros, Jr., P.C.
HOGE & GAMEROS, L.L.P.
Texas Bar No. 00796956
bgameros@legaltexas.com
6116 North Central Expressway,
Suite 1400
Dallas, Texas 75206
Tel.: (214) 765-6002

*Counsel for Appellant NexPoint Real Estate Partners, LLC*

November 7, 2025

The undersigned counsel submits the following information on behalf of Appellant, NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC):

**1. The Debtor**

Highland Capital Management, L.P.

**2. The Members of the Creditor's Committee**

None. The Committee dissolved as of August 11, 2021, the effective date of the confirmed plan of reorganization.

**3. Any Entity That Is an Active Participant In the Proceeding Before the Fifth Circuit**

NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC), Appellant

Highland Capital Management, L.P., Appellee

**4. Any Other Entity Known to Undersigned Counsel Whose Stock or Equity Value Could Be Substantially Affected By the Outcome of the Proceeding**

The Dugaboy Investment Trust

## 5. Counsel to the Parties/Entities Identified in (1)–(4)

| | |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>Amy L. Ruhland<br>amy.ruhland@pillsburylaw.com<br><br>HOGE & GAMEROS, L.L.P.<br><br>Charles W. Gameros, Jr., P.C.<br>bgameros@legaltexas.com | PACHULSKI STANG ZIEHL & JONES, L.L.P.<br><br>Jeffrey N. Pomerantz<br>jpomerantz@pszjlaw.com<br>Gregory Vincent Demo<br>gdemo@pszjlaw.com<br>John A. Morris<br>jmorris@pszjlaw.com<br>Hayley R. Winograd<br>hwinograd@pszjlaw.com<br>Melissa Sue Hayward<br>mhayward@haywardfirm.com<br>Zachery Z. Annable<br>zannable@haywardfirm.com<br>Jordan A. Kroop<br>jkroop@pszjlaw.com |
| *Counsel for Appellant* | *Counsel for Appellee* |

| | |
|---|---|
| Respectfully submitted, | */s/ Amy L. Ruhland* |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>Amy L. Ruhland<br>amy.ruhland@pillsburylaw.com<br><br>HOGE & GAMEROS, L.L.P.<br>Charles W. Gameros, Jr., P.C.<br>bgameros@legaltexas.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Amy L. Ruhland*
Amy L. Ruhland