No. 25-11185

# United States Court of Appeals for the Fifth Circuit

IN RE HIGHLAND CAPITAL MANAGEMENT, L.P., *Debtor*,

NEXPOINT REAL ESTATE PARTNERS, LLC (F/K/A HCRE PARTNERS, LLC)
*Appellant*,

v.

HIGHLAND CAPITAL MANAGEMENT, L.P.,
*Appellee*.

On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
Case No. 3:24-cv-01479-S

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRINCIPAL BRIEF**

Amy L. Ruhland
PILLSBURY WINTHROP SHAW PITTMAN LLP
Texas Bar No. 24043561
amy.ruhland@pillsburylaw.com
401 W 4th Street, Suite 3200
Austin, Texas 78701
Tel.: (512) 580-9600

Charles W. Gameros, Jr., P.C.
HOGE & GAMEROS, L.L.P.
Texas Bar No. 00796956
bgameros@legaltexas.com
6116 North Central Expressway, Suite 1400
Dallas, Texas 75206
Tel.: (214) 765-6002

*Counsel for Appellant NexPoint Real Estate Partners, LLC*

Appellant NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC) ("Appellant") requests a 14–day extension of time to file its principal brief. Appellee Highland Capital Management, L.P. ("Appellee") is unopposed to the requested extension of time.

The deadline for Appellant to file its principal brief is January 5, 2026. The Appellant respectfully requests that the Court extend this deadline by fifteen (15) days to January 20, 2026. This is Appellant's first such request.

Appellant requests this extension due to the upcoming holidays and impending deadlines in other cases. In light of those impediments, Appellant believes that additional time is necessary to permit it to properly brief the issues before the Court. As evidenced by the certificate of conference below, Appellee is not opposed to this request.

This motion is not filed for purposes of delay or litigation advantage, or for any improper purpose, but instead solely that justice may be done.

Appellant respectfully requests that the Court extend the deadline for Appellant to file its principal brief to January 20, 2026.

| | |
|---|---|
| Dated: December 18, 2025 | Respectfully Submitted,<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>*/s/ Amy L. Ruhland*<br>Amy L. Ruhland<br>Texas Bar No. 24043561<br>amy.ruhland@pillsburylaw.com<br>Ryan J. Sullivan<br>Texas Bar No. 24102548<br>ryan.sullivan@pillsburylaw.com<br>401 W 4th Street, Suite 3200<br>Austin, TX 78701<br>Tel.: (512) 580-9600<br><br>HOGE & GAMEROS. L.L.P<br><br>Charles W. Gameros, Jr.<br>Texas Bar No. 00796956<br>bgameros@legaltexas.com<br>6116 North Central Expressway, Suite 1400<br>Dallas, Texas 75206<br>Tel.: (214) 765-6002<br><br>*Attorneys for NexPoint Real Estate Partners, LLC (f/k/a HCRE Partners, LLC)* |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on December 16, 2025, counsel for Appellee stated via email they were unopposed to the above-requested extension of the deadline for Appellant to file its principal brief.

*/s/ Amy L. Ruhland*
Amy L. Ruhland

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, the foregoing document was served via the Court's e-filing system.

.

*/s/ Amy L. Ruhland*
Amy L. Ruhland
