# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 28, 2026

TO COUNSEL LISTED BELOW:

No. 25-11185    NexPoint v. Highland

Dear Counsel:

Due to a scheduling conflict this case will not be scheduled during the week of 07/06/2026, as previously advised.

It will be scheduled during the week of **08/03/2026**.  Please mark your calendar accordingly.

Very truly yours,

LYLE W. CAYCE, Clerk

By:_____
Charles B. Whitney
Calendar Clerk
504-310-7679

Mr. Zachery Z. Annable
Mr. Benjamin L. Bernell
Mr. Jordan A. Kroop
Mr. John A. Morris
Ms. Amy Lynne Ruhland
Ms. Hayley R. Winograd