# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 2, 2026
Thomas B. Plunkett, III
Clerk

No. 25-11185

In the Matter of Highland Capital Management, L.P.

*Debtor*,

NexPoint Real Estate Partners, L.L.C.,

*Appellant*,

*versus*

Highland Capital Management, L.P.,

*Appellee*.

Appeals from the United States District Court
and the United States Bankruptcy Court
for the Northern District of Texas
USDC No. 3:24-CV-1479

ORDER:

IT IS ORDERED that Appellant's motion to recall the mandate is DENIED.

IT IS FURTHER ORDERED that Appellant's motion to stay the mandate is DENIED.

/s/ James E. Graves, Jr.
James E. Graves, Jr.
*United States Circuit Judge*