# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


October 02, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-11185 NexPoint v. Highland
USDC No. 3:24-CV-1479

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

Mr. Zachery Z. Annable
Mr. Benjamin L. Bernell
Mr. Michael Burrage
Mr. Gregory Vincent Demo
Mr. Charles William Gameros Jr.
Ms. Melissa Sue Hayward
Mr. Jordan A. Kroop
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Ms. Amy Lynne Ruhland
Mr. Ryan J. Sullivan I
Ms. Hayley R. Winograd