# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2026

No. 25-11185 NexPoint v. Highland
USDC No. 3:24-CV-1479

Dear Counsel,

We received the appellant's petition for rehearing en banc. Because it is untimely, we are taking no action on it.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Rebecca Jeanfreau
Rebecca L. Jeanfreau, Deputy Clerk
504-310-7645

cc: all counsel