# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 20, 2026

U.S. COURT OF APPEALS
RECEIVED
NOV 23 2026
FIFTH CIRCUIT

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: NexPoint Real Estate Partners, L.L.C., fka HCRE Partners, L.L.C.
v. Highland Capital Management, L.P.
No. 26-662
(Your No. 25-11185)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 18, 2026 and placed on the docket November 20, 2026 as No. 26-662.

Sincerely,

**Scott S. Harris**, Clerk

by

Howard Cook
Case Analyst